## ELLA L. POEHLMAN

### *vs.*

## JOHN N. POEHLMAN.

*Divorce*: *adultery; acts after bill filed; custody of children pending bill; costs and counsel fees.*

Costs and counsel fees may be allowed a wife, even after her appeal from a decree of divorce against her; and a final decree may be modified in that respect, even after a divorce *a vinculo*.

While a case is pending for the divorce of a wife on the ground of adultery, the Court may retain jurisdiction over the children, and direct that they remain in the custody of their father.

A decree of divorce can not be founded on acts of adultery committed subsequent to the filing of the bill.

*Decided January 31st, 1917.*

Appeal from the Circuit Court for Baltimore County. (DUN-CAN, J.)

The cause was argued before BOYD, C. J., BRISCOE, BURKE, THOMAS, PATTISON, URNER, STOCKBRIDGE, and CONSTABLE, JJ.

*David Ash,* for the appellant.

*Richard S. Culbreth* (with *Harry B. Wolf* on the brief), for the appellee.

BOYD, C. J., delivered the opinion of the Court, affirming the decree, each side to pay their own costs (exclusive of costs already paid by the appellee under order of Court).